

# SQRL

High Performance Solutions for Tomorrow's Data

**Seed Round
March 2021**

# Demand for live stream digital video content outstrips the ability of the supply base to process and deliver

**Pain points in the video streaming economy**

### Bandwidth Constraints

– Digital video providers consume >60% of all internet bandwidth globally
– High definition video streaming growing at >20% CAGR
– During COVID lockdowns, governments mandated 25-30% reduction in streaming quality



### Underutilized Capacity

– New market entrants for data services face high CAPEX with low utilization
– Slows capacity growth industry-wide



### Shift to live-streaming poorly supported by legacy infrastructure

– Live-stream entertainment, such as Twitch gaming, is 61% revenue share
– Transcoding live stream content to archived video on demand is slow and costly on legacy software



### Expensive solutions, slow innovation

– Tailored solutions require high NRE and capital roll out
– >2 years to bring new ASIC based solutions to market



Source: SQRL; Grand View Research

# SQRL makes it cheaper and faster to transition live stream content to VOD

## Video Compression

- We can reduce bandwidth constraints for high-definition video by up to 30%
- Enables high-definition streaming with lower bandwidth and storage requirements



## Blockchain pays the bills

- Our power efficient hardware solutions can mine Ethereum with excess capacity; defraying the cost of operations
- Helps us control cost by paying OPEX



**SQRL fixes the most pressing problems for video streaming providers**

## Flexible solutions

- Cutting edge data accelerator designs enable multiple applications off the same hardware
- Reduces capital requirements and NRE for customers



## Rapid innovation

- Access the world's foremost experts enables short development cycles to facilitate rapid rollout
- Reduces NRE cost for our customers



Source: SQRL

# SQRL's access to cutting edge video IP is a critical enabler

- Partnership with Squirrels, Inc. enables access to Audio/Video and Unified Communication IP and development
- Long-term licensing deals with Fortune 1000 partners creates unique SQRL customer opportunities



### HOME USE
Squirrels products are in use in millions of homes in more than 180 countries.



### EDUCATION
Reflector and ClassHub technology is used in more than 100,000 classrooms by millions of students.



### BUSINESS
Squirrels products help facilitate countless business meetings and brainstorm sessions every year.



### OEMs
Squirrels technology is used by a growing number of OEMs selling millions of units annually.

Source: SQRL

# SQRL has fielded a series of bleeding edge compute devices to serve as the backbone of our transcode offering

Cryptocurrency FPGA demand amortizes ramp-up of SQRL production facilities

### BCU-1525 (Mid 2018)

Launch the BCU-1525 FPGA into the crypto market to take first-mover advantage and establish SQRL as a leader in the FPGA and mining space with the **VU9P**



### Forest Kitten 33 (Spring 2019)

- World's first HBM2 + FPGA
- Proof of SQRL's ability to compete with GPUs in data accelerator space
- Software developed for cryptocurrency mining



### JungleCat Platform (Q4 2019)

- Premium platform for high density and ultra low power
- Built for enterprise customers and professional miners

### NextGen JCMs (Q4 2020)

- Build on the ecosystem of the JungleCat platform
- Can deploy Intel PSG Technology and customized carriers
- Target crypto and traditional data center applications (Audio/Video, live-streaming)



Source: SQRL

# Demand for video services and cryptocurrency services has skyrocketed due to COVID-19

Why now?



**Video Transcoding and Live Streaming**

– Increased remote collaboration has supercharged demand for live video transcoding services
– Capacity to support transcoding of increased video products has lagged the demand for these products

**SQRL has supply-side marketplace advantage strategic chip allocations**

– Access to up to 10k high end FPGA chips and High Bandwidth Memory modules to accelerate growth; available <1month
– Other suppliers must wait ~1-year for similar data accelerators
– Strong supplier relationships across entire supply chain of components

**Cryptocurrency has hit new highs, with strong institutional support**

– Proprietary mix of hardware and software will help fund SQRL's growth
– Unique advantage for SQRL due to low availability of new hardware to support growth at other firms
– Incredible growth potential for current operations

Source: SQRL

# Macro trends in server development favor SQRL's emphasis on accelerators

## Why now?

- Accelerators, such as field programmable gate arrays (FPGAs), perform the most demanding computing tasks including artificial intelligence (AI), analytics, drug discovery, and cloud gaming.

- SQRL's focus on bleeding edge FPGA development coupled with high bandwidth memory applications offers a competitive advantage to compute only data service providers.



Source: SQRL; ARK Investment Research 2021

**Initial focus is on video transcode services, with an obtainable market share of $200mn**



**US Video Streaming Market**
- Expected to grow to $80B by 2025
- 21% CAGR

**US Video Transcode Market**
- Emphasis on live content -> VOD

**Target Video Transcode Market**
- SQRL FPGA solution is 10x more capital efficient than current solutions
- 25% power consumption of competitors

Market Opportunity Overview – Video Transcoding

**Additional markets will be engaged as we expand services – AI, ML, video analytics, sensor data management, blockchain**

Source: SQRL; Grand View Research

# SQRL's product redefines the industry benchmark for a cost efficient, flexible video transcoding solution

Video Transcoding Market overview



Source: SQRL

# SQRL targets $20mn in revenue by CY22, through multiple reinforcing revenue streams

Business Model

| Sources of Revenue | CY22 Target Revenue by source (% of total) |
|---|---|
| **Blockchain/ Cryptocurrency**<br>- Funds OPEX and scale of business<br>- Fills excess capacity from data service operations | $6mn (30%) |
| **AV Data Services**<br>- Video Transcoding<br>- UHD Livestream<br>- AI/ML applications | $9.4mn (47%) |
| **Contract Engineering**<br>Leverage hardware and software development expertise | $1.6mn (8%) |
| **Hardware Production & Sales**<br>- Finished Product for consumer/business use<br>- Prototyping services | $3mn (15%) |
| | **Total: $20mn** |

Source: SQRL

# SQRL is already profitable and poised for rapid growth

# FY23 EBIT ~$50mn

**EBIT Projection ($mn)**

|  | 2021 | 2022 | 2023 |
|---|---|---|---|
| Revenue | 8.4 | 20.1 | 69.9 |
| Expenses[1] | 6.9 | 8.1 | 23.7 |
| EBIT | 1.5 | 11.9 | 46.2 |

11  1. Includes cash flow reinvested in capital investments (infrastructure; FPGA capacity)
Source: SQRL



# $7mn raise enables rapid growth over the next year

Use of funds

**3500 JC35 modules online**
(~$500k/mo cashflow)

May 2021

**3000 JCMX Modules online**
(~$450k/mo cashflow)

July 2021

**Expanded production and data center staff**



Jul-Sep 2021

**Hire CFO to guide growth**



July 2021

**Hire sales staff to ramp-up data services pipeline**



Aug-Dec 2021



12

Source: SQRL

# Our team has the right mix of passion and experience



**David Stanfill**
**CEO**

- Co-founded Squirrels
- Developed an iOS "Top 100" app



**David Jiminez**
**Advisor, Board Member**

- 20+ years of IT and Data Services Experience



**Jessica Gritzan**
**COO**

- Grew Squirrels sales by 200%
- Awarded "Notable Women in Technology" (2018)

**Unfair access to the world's most skilled FPGA programmers**



# This is an opportunity to invest in…




**A profitable, rapidly growing company**


**Market defining product in high growth video streaming industry**


**Expert engineering team with proven ability to deliver**

14
Source: SQRL

# Thank you!