

# SQRL

# Invoice

121 Wilbur Dr NE
North Canton, Ohio 44720 (855) 207-0927
www.squirrelsresearch.com

| | |
|---|---|
| DATE | May 2, 2021 |
| Invoice # | 5671 |

**Bill To:**

Michael Maranda
293 Durkee Lane
East Patchogue, New York 11772
michael@michaelmarandallc.com

**PAID BY HENRY TERRANOVA
WIRED TO SQRL**

| CATEGORY | RATE | QTY | TOTAL |
|---|---|---|---|
| SQRL JCM35 Modules | $1,150 | 200 | $230,000.00 |
| SQRL JCC2L Carriers | $0 | 100 | Included in Price |
| | | | |
| | | | |
| | | | |
| | | Grand Total | $ 230,000.00 |

**Terms:**
Payment due at time of order. All other terms as outlined in purchase agreement.

**Wire Transfer:**
JP Morgan Chase
ABA: 044000037
Acct: 311071770

**\*Cryptocurrency payment upon request.**



# Invoice

121 Wilbur Dr NE
North Canton, Ohio 44720 (855)
207-0927
www.squirrelsresearch.com

| | |
|---|---|
| **DATE** | May 4, 2021 |
| **Invoice #** | 5675-1 |

**Bill To:**

Michael Maranda LLC

| CATEGORY | RATE | QTY | TOTAL |
|---|---|---|---|
| Henry Price Adjustment Change | $15,000 | 1 | $15,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Grand Total** | $ 15,000.00 |

**Terms:**
Payment due at time of order. All other terms as outlined in purchase agreement.

Hardware shall be online within (12) hours of confirmed payment.

**Wire Transfer:**
JP Morgan Chase
ABA: 044000037
Acct: 311071770

**\*Cryptocurrency payment upon request.**

**DAS Factory, LLC**               Invoice

121 Wibur Dr NE                    DATE         May 26, 2021
North Canton, Ohio 44720
(330) 827-0777                     Invoice #    3155

**Bill To:**

Michael Maranda

| CATEGORY | RATE | QTY | TOTAL |
|---|---|---|---|
| SQRL JCM Modules | $1500 | 400 | $600,000 |
| SQRL JCC2L Carriers | $0 | 200 | included in price |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **Grand Total** | $ 600,000 |

**Terms:**
Payment due upon receipt.

**Delivery:**                              **Wire Transfer:**
Hardware to be online within               JP Morgan Chase
June 2021.                                 SWIFT: CHASUS33
Hardware to be hosted at
MWDC facility per hosting                  ABA: 044000037
agreement.                                 Acct: 539217633

                                           **\*Cryptocurrency payment upon request.**

# DAS Factory, LLC

# Invoice

121 Wibur Dr NE
North Canton, Ohio 44720
(330) 827-0777

| | |
|---|---|
| DATE | May 26, 2021 |
| Invoice # | 3155 |

**Bill To:**

Michael Maranda

| CATEGORY | RATE | QTY | TOTAL |
|---|---|---|---|
| SQRL JCM Modules | $1400 | 500 | $700,000 |
| SQRL JCC2L Carriers | $0 | 250 | included in price |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **Grand Total** | **$ 700,000** |

**Terms:**
Payment due upon receipt.

**Delivery:**
Hardware to be online within June 2021.
Hardware to be hosted at MWDC facility per hosting agreement.

**Wire Transfer:**
JP Morgan Chase
SWIFT: CHASUS33

ABA: 044000037
Acct: 539217633

**\*Cryptocurrency payment upon request.**



# Invoice

121 Wilbur Dr NE
North Canton, Ohio 44720 (855)
207-0927
www.squirrelsresearch.com

| | |
|---|---|
| **DATE** | May 26, 2021 |
| **Invoice #** | 5881 |

**Bill To:**

Michael Maranda

| CATEGORY | RATE | QTY | TOTAL |
|---|---|---|---|
| SQRL JCM Modules | $1600 | 347 | $555,200.00 |
| SQRL JCC2L Carriers | $0 | 174 | Included in Price |
| | | | |
| | | | |
| | | | |
| | | **Grand Total** | $ 555,200.00 |

**Terms:**
Payment due at time of order. All other terms as outlined in purchase agreement.

Hardware will be online during June 2021 and hosted by MWDC according to the hosting agreement.

**Wire Transfer:**
JP Morgan Chase
ABA: 044000037
Acct: 311071770

**\*Cryptocurrency payment upon request.**

# Invoice

121 Wilbur    Dr    NE  
North Canton, Ohio 44720 (855) 207-0927  
www.squirrelsresearch.com

**DATE** May 26, 2021  
**Invoice #** 5882

**Bill To:**

Michael Maranda

| CATEGORY | RATE | QTY | TOTAL |
|---|---|---|---|
| SQRL JCM Modules | $1150 | 673 | $773,950.00 |
| SQRL JCC2L Carriers | $0 | 337 | Included in Price |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **Grand Total** | **$ 773,950.00** |

**Terms:**  
Payment due at time of order. All other terms as outlined in purchase agreement.

Hardware will be online during June 2021 and hosted by MWDC according to the hosting agreement.

**Wire Transfer:**  
JP Morgan Chase  
ABA: 044000037  
Acct: 311071770

**\*Cryptocurrency payment upon request.**



# Invoice

121 Wilbur Dr NE
North Canton, Ohio 44720 (855) 207-0927
www.squirrelsresearch.com

| | |
|---|---|
| **DATE** | June 1, 2021 |
| **Invoice #** | 5970 |

**Bill To:**

Michael Maranda

| CATEGORY | RATE | QTY | TOTAL |
|---|---|---|---|
| SQRL JCM Modules | $1150 | 900 | $1,035,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| **Grand Total** | $ 1,035,000.00 |

**Terms:**
Payment due at time of order. All other terms as outlined in purchase agreement.

Hardware will be online during June 2021 and hosted by MWDC according to the hosting agreement.

**Wire Transfer:**
JP Morgan Chase
ABA: 044000037
Acct: 311071770

**\*Cryptocurrency payment upon request.**



# Invoice

121 Wilbur Dr NE
North Canton, Ohio 44720 (855) 207-0927
www.squirrelsresearch.com

| | |
|---|---|
| **DATE** | June 1, 2021 |
| **Invoice #** | 5982 |

**Bill To:**

Michael Maranda

| CATEGORY | RATE | QTY | TOTAL |
|---|---|---|---|
| SQRL JCM Modules | $1150 | 780 | $897,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Grand Total | $ 897,000.00 |

**Terms:**
Payment due at time of order. All other terms as outlined in purchase agreement.

Hardware will be online during June 2021 and hosted by MWDC according to the hosting agreement.

**Wire Transfer:**
JP Morgan Chase
ABA: 044000037
Acct: 311071770

**\*Cryptocurrency payment upon request.**



# Invoice

121 Wilbur   Dr   NE
North Canton, Ohio 44720 (855) 207-0927
www.squirrelsresearch.com

| | |
|---|---|
| **DATE** | June 1, 2021 |
| **Invoice #** | 5983 |

**Bill To:**

Michael Maranda

| CATEGORY | RATE | QTY | TOTAL |
|---|---|---|---|
| SQRL JCM Modules | $1150 | 550 | $632,500.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Grand Total** | $ 632,500.00 |

**Terms:**
Payment due at time of order. All other terms as outlined in purchase agreement.

Hardware will be online during June 2021 and hosted by MWDC according to the hosting agreement.

**Wire Transfer:**
JP Morgan Chase
ABA: 044000037
Acct: 311071770

**\*Cryptocurrency payment upon request.**