IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| Plaintiff, | ) CASE NO.<br>)<br>)<br>) |
| v. | ) Judge John R. Adams<br>) |
|  | ) REPORT OF PARTIES' PLANNING<br>) MEETING UNDER FED. R. CIV. |
| Defendant. | ) P. 26(f) AND LR 16.3(b)(3) |

1.  Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on

    _____ and was attended by:

    _____ counsel for plaintiff(s)   _____

    _____ counsel for plaintiff(s)   _____

    _____ counsel for defendant(s)   _____

    _____ counsel for defendant(s)   _____

2.  The parties:

    \_\_ have not been required to make initial disclosures.

    \_\_ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

1

3. The parties recommend the following track:

    ___ Expedited      ___ Standard

___ Administrative      ___ Complex

    ___ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

    ___ Early Neutral Evaluation

    ___ Mediation

    ___ Arbitration

    ___ Summary Jury Trial

    ___ Summary Bench Trial

    ___ Case not suitable for ADR

5. The parties ___do/___do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

2

      (b) Discovery cut-off date: _____

7.      Recommended dispositive motion date: _____

8.      Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

9.      Recommended date for a Status Hearing: _____

10.    Other matters for the attention of the Court:

                        Attorney for Plaintiff(s) _____

Attorney for Plaintiff(s) _____

_____

Attorney for Defendant(s) _____

_____

Attorney for Defendant(s) _____