UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Michael Maranda, et al., | ) | CASE NO.: 5:22CV2015 |
| Plaintiffs, | ) | JUDGE JOHN ADAMS |
| David Stanfill, | ) | **ORDER** |
| Defendant. | ) | |

The matter is hereby scheduled for a continued case management conference on February 1, 2024 at 11:00 a.m. in Courtroom 575, 2 South Main St., Akron, OH 44308.  Lead counsel and all parties shall attend.  By no later than January 29, 2024, the parties shall file an updated report of parties' planning meeting.

IT IS SO ORDERED.

DATED:  January 9, 2024            /s/ John R. Adams
                                   JUDGE JOHN R. ADAMS
                                   UNITED STATES DISTRICT JUDGE