# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MICHAEL MARANDA, et al.** | : | Case No. 5:22-CV-02015 |
| | : | |
| **Plaintiffs** | : | Judge John R. Adams |
| | : | |
| | : | **JUDGMENT ENTRY GRANTING** |
| v. | : | **PLAINTIFFS, MICHAEL MARANDA, LLC** |
| | : | **AND MICHAEL MARANDA'S MOTION TO** |
| **DAVID STANFILL** | : | **PERMIT TELEPHONIC ATTENDANCE AT** |
| | : | **STATUS CONFERENCE ON FEB. 1, 2024** |
| **Defendant** | : | |
| | : | |

Upon Motion of Plaintiffs, Michael Maranda, LLC and Michael Maranda, and for good cause shown it is hereby ORDERED that Plaintiffs may attend the Case Management Conference set for Thursday, February 1, 2024, at 11:00 a.m. telephonically.

IT IS SO ORDERED.

_____        _____

Date                                                                              JUDGE ADAMS