Motion granted. At the conference, counsel shall provide a phone number to reach her client for his participation.
/s/ John R. Adams
U.S. District Judge
1/31/2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHAEL MARANDA, et al. | : | Case No. 5:22-CV-02015 |
| | : | |
| Plaintiffs | : | Judge John R. Adams |
| | : | |
| v. | : | PLAINTIFFS, MICHAEL MARANDA, LLC |
| | : | AND MICHAEL MARANDA'S MOTION TO |
| DAVID STANFILL | : | PERMIT TELEPHONIC ATTENDANCE AT |
| | : | STATUS CONFERENCE ON FEB. 1, 2024 |
| Defendant | : | |
| | : | |

Plaintiffs, Michael Maranda, LLC and Michael Maranda ("Plaintiffs"), by and through the undersigned counsel, hereby respectfully requests that the Court permit Plaintiffs to appear for the Case Management Conference set for Thursday, February 1, 2024, at 11:00 a.m. via telephone. The basis for this request is that Plaintiffs' counsel mistakenly advised Plaintiffs that the hearing was scheduled for February 2 rather than February 1. The error was discovered by Plaintiffs' counsel on January 31, 2024, at approximately 2:00 p.m., when sending Plaintiffs a reminder regarding the hearing. Mr. Maranda is unable to make travel arrangements on such short notice to attend the tomorrow's hearing. Plaintiffs' counsel sincerely apologizes to the Court for the error. Defendant's counsel has indicated that he has no objection to this request.

WHEREFORE, Plaintiffs, Michael Maranda, LLC and Michael Maranda, respectfully requests this Court to permit Mr. Maranda to appear at the Case Management Conference set for February 1, 2024, at 11:00 a.m. via telephone. A proposed order is submitted herewith.