It is so ordered.  This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
3/11/2024

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MICHAEL MIRANDA, et al.** | ) | CASE NO.  5:22-cv-02015 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE TO RE-FILING** |
| | ) | |
| **DAVID STANFILL,** | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Civil Rule 41(a)(1)(A)(ii), the parties hereby stipulate to Plaintiffs' dismissal of all claims with prejudice to refiling.  Based on this stipulation, Plaintiffs hereby dismiss all claims, with prejudice.

*/s/ Kara Dodson*
Robert E. Soles, Jr. (#0046707)
Kara Dodson (#0075527)
6545 Market Ave. N.
North Canton, Ohio 44721
Telephone: (330) 244-8000
Telefax: (330) 244-8001
E-mail: bsoles@soleslaw.com
kdodson@soleslaw.com
Counsel for Plaintiffs


*/s/ Jack B. Cooper*
Jack B. Cooper (#0069321)
Milligan Pusateri Co., LPA
P.O. Box 35459
4684 Douglas Circle N.W.
Canton, Ohio 44735
Phone: (234) 209-9793
Fax: (330) 409-0249
Email:  jcooper@milliganpusateri.com
Counsel for Defendant